# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COMMUNITY LEGAL AID SOCIETY,   )
INC.,                          )
                               )
              Plaintiff,   )   C.A. No. 15-688 (GMS)
                               )
         v.               )
                               )   **JURY TRIAL DEMANDED**
ROBERT M. COUPE, solely in his )
capacity as Commissioner of the Delaware )
Department of Correction,      )
                               )
           Defendant.   )

## MOTION TO DISMISS

Defendant Robert M. Coupe, by and through undersigned counsel, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the above-captioned complaint.  The grounds for this motion are set forth more fully in an opening brief filed contemporaneously herewith.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Joseph C. Handlon
Joseph C. Handlon (#3952)
Ryan P. Connell (#5423)
Deputy Attorneys General
Carvel State Bldg., 6th Fl.
820 N. French Street
Wilmington, DE  19801
(302) 577-8400

Dated: October 1, 2015

*Attorneys for Robert M. Coupe*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 15-688 (GMS) |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ROBERT M. COUPE, solely in his capacity as Commissioner of the Delaware Department of Correction, | ) ) ) ) | |
| Defendant. | ) ) | |

## <u>ORDER</u>

This _____ day of _____, 2015, IT IS HEREBY ORDERED that the

Defendants' Motion to Dismiss is GRANTED and the Complaint (D.I. 1) is dismissed with

prejudice.

_____
The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 1, 2015, he caused the attached *Motion to Dismiss* to be filed with the Court via CM/ECF and served electronically to the following:

David B. Stratton, Esq.
Ashleigh K. Reibach, Esq.
Christopher B. Chuff, Esq.
James G. McMillan, III, Esq.
James H. Levine, Esq.
Joanna J. Cline, Esq.
John H. Schanne, II, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Richard H. Morse, Esq.
ACLU Delaware
100 W. 10th Street
Suite 603
Wilmington, DE 19801

Daniel G. Atkins, Esq.
Community Legal Aid Society, Inc.
100 West 10th Street
Suite 801
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

Joseph C. Handlon
Joseph C. Handlon (#3952)
Deputy Attorney General
Carvel State Bldg., 6th Fl.
820 N. French Street
Wilmington, DE  19801
(302) 577-8400