To: Clerk
United States District Court

Re: Christopher R. Desmond, et al
JTVCC
1181 Paddock Road
Smyrna Delaware 19977

CLASI v. Coupe
No. Civ. A. No# 15-688GMS

Subj: Lack of Adequate copies, failure to serve state

Date: Feb. 7, 2017

Dear Clerk,

I could not obtain the correct copies to serve the parties or the court due to the situation at JTVCC prison and our conditions of confinement.

I thank you for your time in this matter.

Sincerely,
Christopher R. Desmond



RECEIVED
FEB 10 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE