Too Hon. Gregory M. Sleet
United States District Court Judge

Re: <u>CLASI v. Coupe</u>, No. 15-688GMS
SubJ: <u>Defendants Intimidation of Plaintiff by force</u>
Date: Feb 7, 2017

Dear Judge Sleet,

The defendants, et al. Phelps, Warden Pierce, Union President Klopp claimed "they don't have enough officers for shifts". However, since 2-2-17 the D.O.C has magically discovered 10 officers plus a K-9 unit officers for every meal But yet complaine "They don't have enough officers to work otherwise."

1) They now threaten inmates "who ask questions" or request legal calls. To sick the dog on them or place them in S.H.U confinement. (transfer)

2) They are trying to provoke the inmates to start a fight. So they can justify imposing further sanctions of solitary confinement on the entire population, so they can continue to sleep their eight hour shifts away by doing nothing all day.

If they succeed, in provoking the inmates it's because they been locked in since 2-1-17, without adequate food, showers, basic human needs hygiene products, access to the court, paper, pens medical care and officers taunting "They won't. Their in control. "Act up now"

C.C Desmond



Christopher R. Desmond
J.T.V.C.C
1181 Paddock Road
Smyrna, Delaware 19977

# In The United States District Court
# For the District of Delaware

Community Legal AID
Society, Inc
    Plaintiff-Petitioners,

v.

Robert M. Coupe, et al. Perry Phelps,
Solely in their offical capacity as
Commissioner of the Department of
Corrections,
    Defendants

## Writ of Mandamus

The Plaintiffs Christopher R. Desmond, et al. inmates herd in SHU-MHU James T. Vaughn Correctional Center hereby respectfully move the Honorable Court to issue a writ of Mandamus releasing Plaintiffs, et al. from Solitary Confinements Status pursuant to The entitled Agreement (D.I #40) Reasons for writ And Injunction against the department of Corrections, Geoff Klopp, et al. Executive President of the Correctional Officers Union and it's Executive committee, et al. and members from deliberately subverting the agreement entered into over their objections on or about Sept, 1, 2016 (D.I.#40)

1) Plaintiffs claim the defendants, et al Phelps, warden David Pierce, Deputy warden Phil Parker, Deputy warden James Scarbrorough are engaged with the Correctional officers union members and it's President Geoff Klopp in a Civial conspiracy in violation of 42 U.S.C § 1985

to deny Plaintffs, et al. Their fifth, Eighth and fourteenth Amendment rights to Due Process and Equal treatment as follows:

Backround: In Nov. 2016 the Commissioner Coupe Started a New Prisoner recreation System for MHU-SHU-Sq unit inmates (D.I #40) the Correctional officers union objected and Started to Subvert the agreement immediately which the defendants, et al. Pierce assited them without interference in order to Void the agreement. (Plaintiffs objected)

On Feb 1, 2017 Inmates in C-Building at (JTVCC) unfortunatly took prison staff hostage releasing two, holding one Pat May a Consolor and Killing the forth Sgt. Steven Floyd the intended target of the inmates rage. The defendants, et al. Phelps immediately "lock down" the entire prison System holding inmates incommunicado from Feb 1, 2017 to Feb 6, 2017, denying them in SHU-MHU Showers, mail, legal services, adequate food, basic hygiene items, Access to the Court, Bail, medical Services, grievances, Sick call Slips or medical appointments and Keeping them in Solitary Confinement from Feb 1, 2017 to date Without exercise in unsanitary Conditions with Food, trash, and human waste on the floors. One inmate has expired to these harsh conditions Andrea Thomas died Feb 2, 2017 at (J.t.V.C.C) Officers prior to 2-1-17 were required to do inmate checks, however Since inmates may See officers do "Security punches" every 2 to 4 hours while they return to "Pre Agreement sleeping for hours on their Shift." Placing inmates in danger to their health and Saftey in retaliation for the death of Sgt. Steven Floyd's death

Officers informed inmates these oppressive conditions will continue because "Officers, Staff fear for their life." Moreover, on Feb. 4, 2017 Correctional Officers Union President Geoff Klopp stated to the News Journal (sec. A-4) "The Agreement allowed for this incident to happen" because "The extra recreation allowed for planing." Of course these statements are as ridiculous and bias and false.

The problem stems from three areas which caused Mr. Floyd's untimely and unfortunate death, none of which are connected the (D.I.#40):

1.) Contrary to defendant Phelps, et al. statements Sgt. Floyd was "the only intended target of the inmates rage" and all the evidence supports that theory. Given 2 of the hostages were released within hours, a third councel May was protected by "inmates until her rescue by prison C.E.R.T.." Had inmated intended to "harm anyone" none of the "other three hostages" would have been released alive.

The Facts are Sgt. Floyd had been the subject of hundreds of inmate complaints, had been involved in "inmate assaults after they had been cuffed", appeared on the Court's docket multiple times in 42 U.S.C. § 1983 actions, and had harrassed inmates and their families in the visiting room areas, which brought further complaints by members of the public. When the inmates seen defendants, et al. Phelps, Pierce, JTVCC Senior Staff failure to assist them they "I guess snapped unfortunately for Sgt. Floyd." Now defendents, Phelps, et al. Correctional Officers President Klopp, et al. seek to exploit Sgt. Floyd's death to void (D.I.#40) and extract higher pay for their members and violate their employment contract.

3

Which pays Correctional Officers "hazard duty pay" "Hazardous employment means 'Employment involving a high-risk or degree of injury or death.'" When the Correctional Officers signed "their employment contract" they knew their jobs involved a "high risk of injury or death." They want the hazard duty pay, without the hazards. The Correctional Officers Union Klopp and its members are in violation of their contractual obligations entitling Plaintiffs to and injunction forcing them to do their jobs and halt them from conspiring with defendants, et al. Phelps to violate plaintiffs Constitutional Rights, releasing them from the oppressive condition now imposed, which they know violate plaintiffs, et al. Constitutional Rights given "they no plaintiff are suppose to have Constitutional Rights," but have exploited it in retaliation due to Sgt. Floyd's death."

2.) The defendants, et al. Phelps, Pierce, Correctional Officers Union President Klopp and its members have identified their suspects none of which resided within SHU-MHU Housing Units on Feb. 1, 2017 to warrant solitary confinement sanctions imposed on them in retaliation for Sgt. Floyd's death in violation of 42 U.S.C. § 1985 to void (D.I. #40). Moreover, the Correctional Officers Union The President Klopp, executive committee members are in violation of their Oaths of office to uphold the Constitution and terms of employment, which the court should enter a Civil Contempt for Obstructing (D.I.#40) and forcing the Union to show cause why it should not forfeit their hazardous pay and benefits including funds held in the Union's Treasury for misleading statements to prejudice the plaintiffs for their benefit. (See News Journal 2-4-2017 at * page 4).

4

### Irreparable Harm:

The Plaintiffs, et al. have been held without adequate food, denied medical visits, sick call slips, Grievances, access to the courts, phone calls to their lawyers, legal visits, paper, pens to form a legal argument, in unsanitary conditions, without showers, exercise, basic human needs since Feb. 1, 2017 based on retaliation of conduct and failures of "others including the defendants." Without due process of law and at risk of irreparable injury or death.

In this case, plaintiffs, et al. claim their entitled to mandamus relief to enforce their Constitutional Rights under the Fifth, Eighth, and Fourteenth Amendments without further delays.

### Judgement Request:

The Court enforce immediately All Terms of the Agreement (D.I.#40) or issue sanction upon the defendants Phelps, Pierce, and the Correctional Officers Union members holding them in Contempt of Court with fines imposed on them outside their official duties.

### Conclusion:

Plaintiffs, et al. Christopher R. Desmond seeks immediate release from All conditions imposed on him by defendants, Phelps, et al. as of Feb. 2, 2017 and the Court enforce D.I.#40.

Date Feb. 7, 2017
C.C. Desmond
   Clerk
   Councel

Christopher R. Desmond
SBI #160380
J.T.V.C.C.
1181 Paddock Road
Smyrna, Delaware 19977

5