IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WATSON II, ANGELO L. CLARK, JOSHUA STEPHENSON, ROBERT FIGGS, GARY STUART, JUAN RESTREPO, Plaintiffs, <br><br> V. <br><br> PERRY PHELPS - DOC COMMISSIONER, Defendant. | C.A. No. 15-688-GMS |

## MOTION TO REOPEN CASE

AND NOW, Comes Plaintiffs-above, at this time pro se, yet still waiting for this Honorable Court to rule on previous motion for Counsel, rejecting representation by CLASI/ACLU due to their negligent representation, respectfully requesting this Honorable Court Reopen above captioned case as it has jurisdiction to do. Below clarity is offered in support of recent motions of 8/13/17, necessary to set forth and illuminate several keypoints of law and fact for the administration of justice.

## ARGUMENT

1. The distinction is drawn that Robert Coupe is no longer acting DOC Commissioner, one Mr. Perry Phelps has assumed the dutys of said position.

1.

Whereas, the proper defendant now, in the above captioned case is Perry Phelps, now sued in his individual capacity for subjecting named plaintiffs to a pattern of abuse rising to wanton infliction of pain in violation of the 8th Amendment of the UNITED STATES Constitution. Also attached automatically as 5th, 14th violation of due process.

2. Whereas, Perry Phelps in accepting the position of DOC Commissioner also automatically assumed liability for violating the 8/31/16 order specifying treatment for SMI inmates. The record is now requested to reflect this fact of Perry Phelps as named defendant assuming automatic liability due to the continued denial of treatment in proper effective form for SMI inmates at JTVCC currently held in Solitary (22hrs/day or more) confinement. Plaintiffs do not waive the right to pursue in future filing Robert Coupe for his previous role in setting policy violating Constitutional rights, 5th, 8th, and 14th of Plaintiffs.

3. Whereas, the position of plaintiffs, SMI at JTVCC, is to state their rights under the U.C.C. (uniform commercial code) as being claimed under the commonlaw standard of review, further stating that the facts surrounding said convictions may have been determined, yet the law is violated by subjecting them to cruel and unusual punishment of denial of proper treatment for SMI diagnosis. The DOC is not effective in protecting their human rights to health, safety, sanity, wellbeing and commonlaw right to not be held as slaves while the creditor (state) is violating the contract principles implicit in the trust represented

2.

by their criminal I.D. numbers on cases for which they are sentenced. Such contract is violated by subjecting plaintiff-prisoners to cruel and unusual punishment, and state-creditor forfiets the right to confine plaintiff-prisoner (debtors) any longer for the sentence (time-term) which they are held on at the time of the current 8th amendment violation in question. The plaintiff-prisoners, SMI, class-inclusive now dissolve above specified illegal trust, including CHRISTOPHER H. WEST (#415857)

4. Whereas, Cruel and Unusual punishment is no part of Constitutional due process and by the state violating said 8th Amendment rights of plaintiffs, state also violates their 5th, 14th Amendment rights. The underlying convictions are not collaterally attacked in this proceeding. Monetary, Injunctive, and Declarative relief sought.

5. WHEREFORE, The bulwark of American Liberty and standard of human decency, The Judiciary, through this Honorable Court should grant all requested relief specifed in this, and previous two Motions dated 8/13/17.

RESPECTFULLY SUBMITTED,

_____  _____  _____
DAVID WATSON, II        ANGELO L. CLARK          JOSHUA STEPHENSON
#157352                 #123209                  #00449406

_____  _____  Aug 21-2017
ROBERT FIGGS            GARY STUART              JUAN RESTREPO
#00345504               #306003                  #00651488

JTVCC
1181 Paddock Rd.
Smyrna, DE
19977

DATE: 8/21/17          Prepared by: _____
                                    CHRISTOPHER H. WEST #415857
                                    Inmate assistant

3.

# IN THE DISTRICT COURT

# DISTRICT OF DELAWARE

DAVID WATSON, ET. AL,       )
                            )
       Plaintiff,           )
                            )
v.                          )   Civil Action No. 15-688-GMS
                            )
PERRY PHELPS    , et al,    )
                            )
                            )
       Defendant.           )

## ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____, 20____, THAT THE ATTACHED MOTION _To REOPEN CASE_ HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY _____.

_____
District Court Judge

4.

# Certificate of Service

I, __DAVID WATSON, II__ hereby certify that I have served a true and correct cop(ies) of the attached __MOTION TO REOPEN CASE # 15-688-GMS__ _____ Upon the following parties/persons:

JTVCC e-filed)

To: CLERK,
UNITED STATES DISTRICT
COURT
844 N. King St. box 18
Wilmington, DE 19801

To: Delaware dept. of Justice
820 N. French St.
Floor 6
Wilmington, DE
19801

To: _____

To: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this __21st__ day of __August__, 20__17__

5.