# IN THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID WATSON II, ROBERT FIGGS, JOSHUA STEPHENSON, JUAN RESTREPO, GARY STUART, ANGELO CLARK,
    Plaintiffs

v.

PERRY PHELPS, DOC COMMISSIONER et.al.,
    Defendants.

Civil action No: 15-688-GMS

## MOTION TO DISSOLVE TRUST

AND NOW, Plaintiffs above named, still as of yet pro se., asserting and claiming their Rights as defined in the Uniform Commercial Code as under the Commonlaw, move this Honorable Court (Administrator of trust represented by plaintiffs criminal conviction case #'s in the State of Delaware) to dissolve those trusts represented by the criminal I.D. case numbers due to the State violating said agreement implicit in the confinement and deprivation of Liberty to not subject prisoner-plaintiffs to Cruel and Unusual Punishment, which the State has done in violation of their 8th Amendment Rights set forth in the Constitution of the United STATES of AMERICA. The State is now the debtor to the trusts represented by the Plaintiffs Criminal Case I.D. #'s, and plaintiffs claim their creditor and beneficiary Rights to be free from subjection to Cruel and Unusual Punishment. Also, CHRISTOPHER H. WEST #415857 claims said Rights, Rights are claimed in that regard of the trust represented by plaintiffs Social Security Numbers.

1.

WHEREFORE, for the above stated reasons, the State is in violation of the Law, U.S.C.A. VIII, This Honorable Court in its role as Administrator of both above specified Trusts, should dissolve the trust represented by plaintiffs current criminal conviction I.D. numbers, as the state has forfeited the right to confine Plaintiffs. WEST is no longer able to prepare documents in above case.

Respectfully Submitted,
with reservation of all our rights,

_____
DAVID WATSON, II
#457352

_____
ROBERT FIGGS
#00345504

_____
JOSHUA STEPHENSON
#00449406

_____   Aug 24-2017
JUAN RESTREPO
#00651488

_____
GARY STUART
#306023

_____
ANGELO CLARK
#00123209

Date: 8/24/17

2. Made by: _____
Prisoner      CHRISTOPHER H. WEST
Assistant     #415857

JTVCC
1181 Paddock Rd,
Smyrna, DE
19977

# Certificate of Service

I, **JUAN RESTREPO, Plaintiff**, hereby certify that I have served a true and correct copy(ies) of the attached: **MOTION TO DISSOLVE TRUST (for civil action No. 15-688-GMS)** Upon the following parties/person (s): JTVCC - EFiled

TO: Clerk,
844 N. King St.
Wilmington, DE
U.S. District Court
dist. of DE

TO: Dept. of Justice,
820 N. French St.
Wilmington, DE
19801

TO:

TO:

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this **24** day of **August**, 20**17**

*[signature]* Aug 24-2017

3