FILED
OCT 13 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I Joshua Stephenson. Do testify that I been diagnosed with schizophrina, mood swings, as delusional, having problems with interpiting interpersonal relationalship's seeing and hearing things that are not there, also perinoia, manic state of mind, etc. I have explained Dr. and Director Paloa Muñoz that I can help diagnose myself and an treatment plan with a treatment plan to stablize my chemical imbalance that can be thurpedic wich not only make my psychological improve-but better yet cure-not just over night but somewhere down the line in a couple years if possible. She agreed, and explained that James T. Vaughn Correctional Center dose not have the resources. I told her the Delaware Psychriatric Center Jem building dose. And though it's a short term facility, they have pepole serving life setaces. So really anything is possible. She is fully aware of delima's more so than me-even though she refuses to do anything to address my concern's. I've had medication that made me lacktate, known to deminsh eye sight, and deteriate the mind. My psychitrist Dr. Youness said just because it happen to some else, don't mean it will to you with out weighing out the option of eye exam I belive is protocall for any all side effects of medications.

I declare that under penalty of perjury that the foregoing is true and correct. Executed at Smyrna, DE on 10/9/17

*Joshua Stephenson*

C.A. NO.: 15-688-GMS

SBI# 00449406 UNIT 21 Bien L#7
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
OCT 13 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 North King Street, Unit 18
Wilmington, Delaware
19801-3570

WILMINGTON DE 197
10 OCT 2017 PM 1 T

U.S.M.S
X-RAY