IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 15-688 (GMS) |
| v. | ) ) ) |
| ROBERT M. COUPE, solely in his capacity as Commissioner of the Delaware Department of Correction, | ) ) ) ) |
| Defendant. | ) ) |

### Entry of Appearance

Please enter the appearance of Ryan Tack-Hooper, a member of the bar of this court, as co-counsel for plaintiffs.


    */s/ Ryan Tack-Hooper*
    Ryan Tack-Hooper, Esq. (Del. Bar No. 6209)
    ACLU FOUNDATION OF DELAWARE
    100 W. 10th Street, Suite 706
    Wilmington, DE 19801
    Telephone: (302) 654-5326, Ext. 105
    Facsimile: (302) 654-3689
    *rtackhooper@aclu-de.org.*

    David B. Stratton (Del. Bar. No. 960)
    Joanna J. Cline (Del. Bar No. 5873)
    James G. McMillan (Del. Bar No. 3979)
    John H. Schanne, II (Del. Bar No. 5260)
    James H.S. Levine (Del. Bar No. 5355)
    Christopher B. Chuff (Del. Bar No. 5729)
    Ashleigh K. Reibach (Del. Bar No. 6096)
    PEPPER HAMILTON LLP
    Hercules Plazza, Suite 5100
    1313 N. Market Street
    P.O. Box 1709
    Wilmington, DE  19801-1709
    Telephone: (302) 777-6500

Facsimile: (302) 421-8390
*strattond@pepperlaw.com*
*clinej@pepperlaw.com*
*mcmillaj@pepperlaw.com*
*levinejh@pepperlaw.com*
*schannej@pepperlaw.com*
*chuffc@pepperlaw.com*
*reibacha@pepperlaw.com*

Daniel G. Atkins (Del. Bar No. 2970)
Executive Director
Richard H. Morse, Esq. (Del Bar No. 531)
COMMUNITY LEGAL AID SOCIETY, INC.
100 West 10th Street, Suite 801
Wilmington, DE 19801-6605
Telephone: (302) 575-0660, Ext. 229
Facsimile: (302) 575-0840
*datkins@declasi.org*
*rmorse@declasi.org*

Kyle A. Dolinsky
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4907
Facsimile: (800) 641-6357
*dolinskyk@pepperlaw.com*

*Counsel for Plaintiff Community Legal Aid Society, Inc.*

Dated: November 6, 2017 .