IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. Action No. 15-688-GMS ) |
| ROBERT M. COUPE, | ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 20th day of Dec, 2017, having considered the motions and letters (D.I. 49, 50, 51, 53, 56, 57, 58, 59) filed by inmates Joshua Stephenson, Robert Figgs, Juan Restrepo, Angelo Clark, David Watson, Gary Stuart, and Christopher West, it is ordered that they are **dismissed** as moot, for the reasons that follow:

The moving inmates, all of whom are housed at the James T. Vaughn Correctional Center ("VCC") in Smyrna, Delaware, have filed several motions and letters in this case concerning the recent February 2017 prison riot and hostage situation at the VCC that resulted in the death of Sgt. Steven R. Floyd. This case was closed on September 9, 2016, following an agreement by the parties. One motion seeks to reopen the case; another seeks counsel; while another seeks release from prison. None of the inmates are named parties in this case.

Therefore, the letters and motions are not considered and will be dismissed as moot. Many of the movants have experience filing cases. They have available to them the option of

commencing a new action in an attempt to obtain the relief they seek. Finally, the movants are placed on notice that future filings in this case will be docketed, and not considered.

_____
UNITED STATES DISTRICT JUDGE