IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. Action No. 15-688-CFC ) |
| ROBERT M. COUPE, | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 5th day of February, 2021, having considered the motion for finding of contempt (D.I. 69) filed by inmate Leroy Shelley,

IT IS HEREBY ORDERED that the motion is **denied** for the reasons that follow:

Leroy Shelley ("Shelley"), an inmate at the James T. Vaughn Correctional Center in Smyrna, Delaware filed a motion for finding of contempt that asserts the Delaware Department of Correction has not complied with sections of the Stipulation and Order entered in this case on September 1, 2016. (D.I. 40) The Stipulation and Order provides for additional out-of-cell time for inmates who were in restrictive housing at the time this action was commenced, particularly inmates with mental illnesses, and provides for additional and improved mental health care. (*Id.* at 2) The Stipulation and Order contains provisions for enforcement of the agreement. (*Id.* at 11-12)

Shelley is not a party to the instant case. Nor does he identify as a mentally ill inmate or an inmate housed in either disciplinary or non-disciplinary confinement.

Moreover, the provisions for enforcement do not contemplate enforcement by an inmate or a non-party. Finally, this case was closed on September 9, 2016.

Shelley has available to him the option of commencing a new action in an attempt to obtain the relief he seeks.   He is placed on notice that future filings in this case will be docketed, and not considered.

_____
UNITED STATES DISTRICT JUDGE